UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
*****************************************
ELENA KURBATZKY                         *
                                        *
                                        *  BOSTON DISTRICT COURT
V.                                      *  CIVIL DOCKET NO
                                        *
                                        *
US CUSTOMS AND BORDER PROTECTION        *
                                        *
*****************************************
```

# HATE TO RUSSIANS LEADS TO COOPERATION OF US CUSTOMS WITH ATTORNEY GENERAL OFFICE TO ILLEGALLY ARREST MS. KURBATZKY AT BOSTON LOGAN INTERNATIONAL AIRPORT TO HIDE US CUSTOMS MALFUNCTION IN PREVENTING DRUG TRAFFICKING IN ARUBA

The court order for Ms. Kurbatzky arrest was never issued by any court. In spite of this on July 10, 2017 she was arrested by state police officer Christopher Cecchini in cooperation with US Customs and Border Protection. On July 10, 2017 Ms. Kurbatzky was coming back to Boston from her trip to Paris. While getting out from the plane she was stopped by US Customs and Border Protection who lead her fast through Immigration towards Customs where she was arrested by state police officer Cecchini from Attorney General Office stating that she was being arrested due to submitting False Claims to MassHealth. She then was taken to

1

Suffolk County jail which is located at 200 Nashua street, Boston MA 02114. Ms. Kurbatzky spent night in jail and next morning she was preparing to be taken to Suffolk Superior Court for arraignment in submitting False Claims to MassHealth. In the morning policemen at the jail informed Ms. Kurbatzky that since they were not those who had arrested her they would not take her to the court. Ms. Kurbatzky was confused by that statement and insisted that she be taken to Suffolk Superior Court for arraignment.

In August 2016 Ms. Kurbatzky had a conflict with US Customs and Border Protection in Aruba, where Ms. Kurbatzky pointed out that their job is not well organized: it creates discomfort to travelers and in addition the fact that US Customs and Border Protection are not physically separated from Immigration in Aruba (like they are in Boston), it prevents proper inspection of travelers' luggage and creates favorable environment for drug dealers. Ms. Kurbatzky also pointed out that she did not see any police drug dogs in Aruba while she sees many of these in Boston. At the end of August Ms. Kurbatzky had problems with US Customs and Border Protection in Boston and her property value of more $140,000 was illegally seized. Ms. Kurbatzky then contacted US Customs and Border Protection Official Mr. Brandon Stack and explained him what happened. She then was contacted by James Dignan and Patrick O'Malley from US Customs and Border Protection. Up until today Ms. Kurbatzky did not receive her property back and has pending case against US Customs and Border Protection at Boston District Federal Court. It is clear that US Customs and Border Protection operated together with Attorney General Office to illegally arrest Ms. Kurbatzky in order to hide their malfunction in preventing drug trafficking in Aruba

# FACTS AND DISCUSSION

## US CUSTOMS AND BORDER PROTECTION ARE NOT SEPARATED IN ARUBA

In August 2016 Ms. Kurbatzky was visiting Aruba with her daughter and as usually they were travelling with three huge bags to accommodate their beautiful dresses, matching shoes and matching bags. While checking in to the flight back to Boston they checked in their bags but were told to take them back at the other part of the airport, and pass through US Immigration and US Customs in Aruba before their boarding to the flight to Boston which will be then domestic. Since Ms. Kurbatzky was travelling with her child, it's inconvenient to have to carry their full luggage plus her small child all the way across the airport. While walking through endless airport hallways and discomfort of the endeavor, Ms. Kurbatzky pointed out to Aruba employees that by these inefficient rules she felt that herself and her 6 years old daughter were being treated with disrespect and she would not back to Aruba. Aruba employees however politely answered that these rules were forced by Americans and Aruba employees can do nothing against Americans. While finally arriving to the US Customs and Border Protection and Immigration glass kiosks, Ms. Kurbatzky requested to speak with US Customs and Border Protection Aruba manager. After sometime she was able to talk to the official and pointed out that this was absolutely unacceptable to make travelers on vacation suffer from taking care of their luggage by themselves. Furthermore,

3

by not separating US Customs and Border Protection from Immigration, Police is not properly inspecting the luggage of travelers and is allowing to drug dealers to deliver drugs into The US. Ms. Kurbatzky also mentioned that she did not see any drug trained dogs in Aruba airport while she sees many of these in Boston.

The manager then answered to Ms. Kurbatzky that by going through US Customs and Border Protection at Aruba she saves time to go through the same procedure in Boston. Ms. Kurbatzky explained then to the manager that since in Boston US Customs and Border Protection are separated from Immigration she can hire airport employee to take care of her bags within the area of Customs but in Aruba she should carry her bags by herself since she is getting through Immigration in addition to US Customs and Border Protection. It is clear that US Customs and Border Protection officials do not care about American travelers who need to take care of their luggage by themselves while passing Customs which is not separated from Immigration and do not perform their job properly to prevent drug trafficking

# US CUSTOMS AND BORDER PROTECTION ILLEGALLY SEIZED MS. KURBATZKY'S PROPERTY ON AUGUST 31, 2016

On August 31, 2016 Ms. Kurbatzky and her 6 years old daughter were coming back to Boston from their trip to Paris, France. They were stopped at The US Customs and Border Protection at The Logan International Airport at around 8pm, were treated miserably by The US Customs and Border Protection Officers until midnight, when finally, were seized their purchase, which contained their newly acquired clothes, gifts to Ms. Kurbatzky's daughter from sellers in Paris, her favorite chocolate and Ms. Kurbatzky's clothes that were purchased in Boston prior to their trip.

While been in Paris, Ms. Kurbatzky and her daughter bought very good quality clothes suitable for Fall and Winter and asked the concierge at Parisian Four Seasons Hotel to send it to Boston using their travelling airline Air France as a cargo which will be cleared by broker in Boston. Due to miscommunication between concierge, Air France and Ms. Kurbatzky the four bags that needed to arrive to Boston as a cargo arrived together with other luggage bags as a normal luggage (Exhibit 1). It is also clear that if Ms. Kurbatzky would want to hide anything from The US Customs and Border Protection within her seven bags on August 31 2016, she probably at least would cut the labels and take the jewelry out of the original boxes. Thus, it is obvious that Ms. Kurbatzky did not intend to hide anything and she was sure that her broker will take care of her purchase as

5

he previously did. US Customs and Border Protection seized the property anyway although it was very clear that the seizure is unreasonable and violates Fourth amendment of US Constitution protecting citizens from unreasonable seizure. Furthermore, the entire purchase contained sizes of Ms. Kurbatzky and her at that time 6 years old daughter per each unique item, and if Ms. Kurbatzky intention was reselling purchase she probably would bring several sizes for each item.

# IN SEPTEMEBR 2016, MS KURBATZKY CONTACTED BRANDON STACK, AND THEN WAS CONTACTED BY PATRICK O'MALLEY AND JAMES DIGNAN FROM US CUSTOMS AND BORDER PROTECTION BUT HER SEIZED PROPERTY WAS NOT RETURNED. TODAY MS. KURBATZKY HAS PENDING CASE AGAINST US CUSTOMS AND BORDER PROTECTION IN BOSTON DISTRICT COURT

To get her illegally seized property back Ms. Kurbatzky communicated directly with Brandon Stack, Patrick O'Malley and by phone with James Dignan (Exhibit 2)

Thus, US Customs and Border Protection Officials were aware about Ms. Kurbatzky's illegally seized property and did nothing to return it. It is logic to assume then that Ms. Kurbatzky's problems with US Customs and Border

Protection at Logan International Airport (at the end of August 2016) were consequences of Ms. Kurbatzky's criticism of US Customs and Border Protection operations in Aruba in the early August 2016. And since up until today Ms. Kurbatzky did not receive her illegally seized property back she filed lawsuit against US Customs and Border Protection at United States District Court (Exhibit 3).

# BY ARRESTING MS. KURBATZKY WITHOUT COURT ORDER US CUSTOMS AND BORDER PROTECTION VIOLATED RULE 4 OF FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 5 (D) OF MASSACHUSETTS RULES OF CRIMINAL PROCEDURE AND ARTICLE 9 OF UNIVERSAL DECLARATION OF HUMAN RIGHTS

The court order to arrest Ms. Kurbatzky was never issued by any court. State Police Officer Cecchini illegally arrested Ms. Kurbatzky at Boston Logan International Airport. To perform his illegal arrest, he cooperated with US Customs and Border Protection James Dignan, Patrick O'Malley and Brandon Stack. Most likely, Paul Shaw was the one who connected them since he was initially taking care of Ms. Kurbatzky's case against Attorney General Office and US Customs and Border Protection (Exhibit 4). At any rate, illegal arrest of Ms.

Kurbatzky violates Rule 4 of Federal Rules of Criminal Procedure, Rule 5 (d) of Massachusetts Rules of Criminal Procedure both stating that the Judge needs to give an order for arrest. Illegal arrest also violates Article 9 of Universal Declaration of Human Rights stating that no one shall be subjected to arbitrary arrest.

Indeed, Attorney General Office faked Grand Jury minutes to illegally indict Ms. Kurbatzky for something that she is unable to do as individual and is not personally liable as the owner of LLC, submitting False Claims to MassHealth (Exhibit 5). But even within falsified Grand Jury minutes the Judge was never present and thus was unable to rule on Ms. Kurbatzky's secret arrest which would be in violation of Massachusetts Limited Liability Act M.G.L. 156c, section 22 defining that Ms. Kurbatzky is not personally liable for the liabilities of Harmony Home Health Care LLC (in case **IF** Harmony Home Health Care LLC submitted **ANY** False Claims).

# BOSTON LOGAN INTERNATIONAL AIRPORT DOES NOT WELCOME RUSSIAN SPEAKERS AND DOES NOT RESPECT CHRISTIAN TRADITIONS: DOES NOT HAVE CHRISTMAS DECORATIONS

While travelling a lot during 2015 and 2016, Ms. Kurbatzky put attention on several features unique to Boston Logan International Airport. This airport does

not have welcoming sentence in Russian. And another very unique characteristic is that it does not have Christmas decorations which Ms. Kurbatzky and her daughter see even in Dubai International Airport, a Muslim Country. Ms. Kurbatzky contacted airport officials with her inquiry and once she received a call from someone who presented himself as airport official. Ms. Kurbatzky repeated her inquiry about welcoming sentence in Russian among other welcoming sentences in multiple languages which can be easily seen at the Airport entrance from the plane. Ms. Kurbatzky also emphasized that it is disrespect for majority of Christian travelers do not put Christmas decorations during the very important Christian Holiday, and she asked especially why there is no Christmas tree within the area of US Customs where Ms. Kurbatzky and her daughter are treated with tremendous disrespect. The official answered then that there is no welcoming sentence in Russian because there are no direct flights to Russia which makes sense but does not explain on why many other airports around the world although do not have direct flights to Russia do show respect to Russian speakers and have welcoming sentence in Russian. And the official answered Ms. Kurbatzky that she will see Christmas tree at the airport exit. Ms. Kurbatzky worked hard to find the Christmas tree but she did see one on her way out.

Ms. Kurbatzky is proud to be American citizen, but she was born in Soviet Union and Russian is her native language and she believes that Russian culture is very rich and deserves respect as any other culture

# SUMMARY

In August 2016 Ms. Kurbatzky pointed out to US Customs and Border Protection in Aruba that they disrespect American travelers by making them to carry their luggage through US Customs and Immigration and by not separating US Customs from Immigration they do not do their job properly in preventing the flaw of drugs into The US

On August 31, 2016 Ms. Kurbatzky was stopped by US Customs and Border Protection at Logan International Airport and her property was illegally seized

Ms. Kurbatzky contacted different officials within US Customs and Border Protection in order to get her illegally seized property back

On July 10, 2017 US Customs and Border Protection cooperated with Attorney General Office to illegally arrest Ms. Kurbatzky and send her to Suffolk County Jail

# CONCLUSION

For the foregoing reasons Ms. Kurbatzky respectfully asks the court to rule US Customs and Border Protection to pay Ms. Kurbatzky $10,000,000 (ten million dollars) to compensate for the emotional distress that her and her family experienced due to illegal arrest on July 10, 2017

Respectfully submitted,

*[signature]*

Elena Kurbatzky, RN, BSN, PhD                              May 04, 2018